UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THOMAS LEE EVANS,

              Plaintiff,

      v.

BRIAN HEIMANN, et al.,

              Defendants.

CASE NO. C18-5473 MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Parties are hereby ORDERED to meet and confer and file a joint status report within 7 days of entry of this Minute Order updating the Court on the status of the state court litigation, including whether there has been a final judgment entered in that matter.

\\

\\

\\

The clerk is ordered to provide copies of this order to all counsel.

Filed September 20, 2021.

Ravi Subramanian
Clerk of Court

s/Paula McNabb
Deputy Clerk