UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS LEE EVANS, | CASE NO. C18-5473 MJP |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| BRIAN HEIMANN, et al., | |
| Defendants. | |

This matter comes before the Court on the Parties' Status Report and the Court's prior order staying this matter pending a final resolution of a parallel state court matter. (Dkt. Nos. 47 and 51.) In the order staying the case, the Court stated:

> In an abundance of caution, however, the Court will not yet dismiss this parallel, duplicative action. It will **STAY** this case pending a final judgment in the state court action.

(Dkt. No. 47 at 8 (emphasis in original).) The Parties now report that the parallel state court matter has resolved all of Plaintiff's claims against Defendants. (See Dkt. No. 51.) Accordingly, the court DISMISSES this action consistent with its earlier decision. (See Dkt. No. 47.)

ORDER OF DISMISSAL - 1

The clerk is ordered to provide copies of this order to all counsel.

Dated September 27, 2021.

Marsha J. Pechman
United States Senior District Judge

ORDER OF DISMISSAL - 2