UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS LEE EVANS,<br><br>          Plaintiff,<br><br>     v.<br><br>BRIAN HEIMANN, et al.,<br><br>          Defendants. | CASE NO. C18-5473 MJP<br><br>ORDER WITHDRAWING DISMISSAL AND ORDERING FURTHER BRIEFING |

The Court raises this matter <u>sua sponte</u> in response to its Order of Dismissal and Plaintiff's Status Report. (Dkt. Nos. 52, 54.) In light of Plaintiff's status report in which he asks that the stay be lifted and the matter litigated, the Court WITHDRAWS its Order of Dismissal. The Court ORDERS the Parties to provide briefing as to whether this case should be allowed to proceed or dismissed in light of the Court's prior Order staying the case (Dkt. No. 47) and the resolution of the related state court proceedings. Because Plaintiff made the request to remove the stay, he shall file a brief of no more than 10 pages by October 11, 2021. Defendants may file

an opposition of no more than 10 pages by October 22, 2021. Plaintiff may then file a reply brief of no more than 5 pages by October 27, 2021.

The clerk is ordered to provide copies of this order to all counsel.

Dated September 30, 2021.

Marsha J. Pechman
United States Senior District Judge